# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

TERRENCE PELLET,

    Plaintiff,

v.                                         Case No. 3:25cv483-MCR-HTC

DEPARTMENT OF REVENUE, et al.,

    Defendants.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 14, 2025 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED because Pellet's claim for injunctive relief is barred by either *Younger* or *Rooker-Feldman* and he cannot pursue a claim for monetary damages against any of the Defendants.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**